IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEMANI JOHNSON,<br><br>               Plaintiffs,<br><br>   v.<br><br>TARGET CORPORATION and<br>BENJAMIN SEREDUK,<br><br>               Defendants. | CIVIL ACTION<br>NO. 24-4095 |

## **ORDER**

**AND NOW**, this 2nd day of January 2025, upon consideration of Plaintiff's Motion to Remand (Doc. No. 6), Defendants' Response in Opposition (Doc. No. 7), the arguments of counsel for the parties at the hearing held on December 3, 2024, and in accordance with the Opinion of the Court filed this day, it is **ORDERED** that Plaintiff's Motion to Remand (Doc. No. 6) is **GRANTED**. The Clerk of Court shall remand this case to the Court of Common Pleas of Philadelphia County, Pennsylvania, and close this case.

                                                     BY THE COURT:

                                                     /s/ Joel H. Slomsky
                                                     JOEL H. SLOMSKY, J.